STATE v. RICHARDSON

No. 514P90

Case below: 100 N.C.App. 240

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 December 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

STATE v. ROSEMON

No. 459P90

Case below: 99 N.C.App. 775

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990. Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 8 November 1990.

STATE v. SANDERS

No. 368P90

Case below: 94 N.C.App. 781

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 December 1990.

STATE v. SELLERS

No. 449P90

Case below: 99 N.C.App. 775

Petition by defendant (Mark Timothy Delk) for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

STATE v. SHERRILL

No. 416P90

Case below: 99 N.C.App. 540

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.